Kent F. Larsen, Esq.
Nevada Bar No. 3463
Christopher L. Benner, Esq.
Nevada Bar No. 8963
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
    clb@slwlaw.com
Counsel for Plaintiff Federal National
Mortgage Association and
JPMorgan Chase Bank, N.A.

Asim Varma, Esq.
Howard N. Cayne, Esq.
Michael A.F. Johnson, Esq.
ARNOLD & PORTER LLP
601 Massachusetts Avenue NW
Washington, DC 20001
Tel: (202) 942-5000
asim.varma@aporter.com;
howard.cayne@aporter.com;
michael.johnson@aporter.com
Leslie Bryan Hart, Esq.
Nevada Bar No. 4932
FENNEMORE CRAIG PC
300 E. Second St. Suite 1510
Reno, NV 89501
Counsel for Federal Housing Finance Agency

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator of Federal National Mortgage Association; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and, JPMORGAN CHASE BANK, N.A<br><br>Plaintiffs,<br><br>vs.<br><br>LN MANAGEMENT, LLC,<br><br>Defendant. | Case No.:2:18-cv-00371-RFB-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS**<br><br>**(First Request)** |

Plaintiffs Federal Housing Finance Agency ("FHFA" or the "Conservator"), in its capacity as Conservator for Federal National Mortgage Association ("Fannie Mae," and together with Freddie Mac, the "Enterprises"), Fannie Mae, and JPMorgan Chase Bank, N.A.(collectively, "Plaintiffs"), and Defendant LN Management, LLC ("LN Management") by and through their attorneys of record, hereby stipulate to extend the deadline for Plaintiffs to respond to LN Management's Motion to Dismiss [ECF No. 20] as follows:

1. LN Management filed its Motion to Dismiss ("LN Management's Motion") on July 11, 2018. [ECF No. 20]. Any response is currently due on July 25, 2018.

2. The parties have agreed that more time is necessary for Plaintiffs to respond to

1

LN Management's Motion, as counsel for Plaintiffs and Defendant are both preparing for trials during the time the Opposition and Reply would come due, and/or facing other imminent deadlines in many other cases.

3. Based thereon, the parties agree to continue the Opposition deadline to LN Management's Motion to **August 8, 2018**.

This is the first request for an extension of these deadlines, and it is not made for the purposes of delay. The additional time requested is to allow counsel to meaningfully respond to the arguments raised in the Motion.

| DATED this 17th day of July, 2018. | DATED this 17th day of July, 2018. |
|---|---|
| **FENNEMORE CRAIG, P.C.** | **SMITH LARSEN & WIXOM** |
| /s/ Leslie Bryan Hart | /s/ Christopher L. Benner |
| Leslie Bryan Hart, Esq. | Kent F. Larsen, Esq. |
| Nevada Bar No. 4932 | Nevada Bar No. 3463 |
| 300 E. Second St. Suite 1510 | Christopher L. Benner, Esq. |
| Reno, NV 89501 | Nevada Bar No. 8963 |
| *Attorney for Federal Housing Finance Agency, in its capacity as Conservator of Federal National Mortgage Association* | 1935 Village Center Circle<br>Las Vegas, Nevada 89134-6237<br>*Attorneys for Federal National Mortgage Association and JPMorgan Chase Bank, N.A.* |
| DATED this 17th day of July, 2018. | |
| **KERRY P. FAUGHNAN** | |
| /s/ Kerry P. Faughnan | |
| Kerry P. Faughnan, Esq.<br>Nevada Bar No. 12204<br>P.O Box 335361<br>North Las Vegas, Nevada 89033<br>*Attorney for LN Management* | |

**ORDER**

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 18th day of July, 2018.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 7, 2018 a true copy of the foregoing **Stipulation and [Proposed] Order to Extend Briefing Schedule for Defendant's Motion to Dismiss (First Request)** was filed and served via electronically via the court's CM/ECF system to the following:

Kerry P. Faughnan, Esq.
P.O Box 335361
North Las Vegas, Nevada 89033
kerry.faughnan@gmail.com
Attorney for LN Management

Asim Varma, Esq.
Howard N. Cayne, Esq.
Michael A.F. Johnson, Esq.
ARNOLD & PORTER LLP
601 Massachusetts Avenue NW
Washington, DC 20001
asim.varma@aporter.com
howard.cayne@aporter.com
michael.johnson@aporter.com
and
Leslie Bryan Hart, Esq.
Nevada Bar No. 4932
FENNEMORE CRAIG PC
300 E. Second St. Suite 1510
Reno, NV 89501
lhart@fclaw.com
pcarmon@fclaw.com
Counsel for Federal Housing Finance Agency

_____
an employee of Smith Larsen & Wixom

3