Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
FENNEMORE CRAIG, P.C.
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228   Fax: 775-788-2229
lhart@fclaw.com; jtennert@fclaw.com

(Admitted *Pro Hac Vice*)
Asim Varma, Esq.
Howard N. Cayne, Esq.
Michael A.F. Johnson, Esq.
ARNOLD & PORTER KAYE
        SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel: (202) 942-5000   Fax: (202) 942-5999
Asim.Varma@apks.com;
Howard.Cayne@apks.com;
Michael.Johnson@apks.com;
*Attorneys for Plaintiff Federal Housing
Finance Agency*

Kent F. Larsen, Esq. (SBN 3463)
Christopher L. Benner, Esq. (SBN 8963)
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, NV 89134
Tel: (702) 252-5002
kfl@slwlaw.com; clb@slwlaw.com

*Counsel for Plaintiffs Federal National
Mortgage Association and JPMorgan Chase
Bank, N.A.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator of Federal National Mortgage Association; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and JPMORGAN CHASE BANK, N.A., <br><br> Plaintiffs, <br> vs. <br><br> LN MANAGEMENT, LLC, <br><br> Defendant. | CASE NO.:  2:18-cv-00371-RFB-GWF <br><br><br> **STIPULATION AND [PROPOSED] ORDER TO STAY DISCOVERY** |

Plaintiffs Federal Housing Finance Agency, as Conservator of the Federal National

Mortgage Association ("FHFA"), Federal National Mortgage Association ("Fannie Mae"),

JPMorgan Chase Bank, N.A. ("JPMorgan"), and Defendant LN Management, LLC ("LN") by

and through their undersigned and respective counsel, hereby submit this Stipulation to Stay

Discovery.

WHEREAS, on March 1, 2018 Fannie Mae, FHFA and JPMorgan filed a Complaint

seeking a declaratory judgment and to quiet title to property located at 7311 Falvo Avenue,

FENNEMORE CRAIG
ATTORNEYS
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

1    Las Vegas, Nevada (ECF No. 1).

2         WHEREAS, on July 11, 2018 LN filed its Motion to Dismiss the Complaint (ECF No.

3    20).

4         WHEREAS, on August 8, 2018, Fannie Mae, FHFA and JPMorgan filed their

5    Opposition to the Motion to Dismiss (ECF No. 23).

6         WHEREAS, Fannie Mae, FHFA and JPMorgan anticipate filing a Motion for

7    Summary Judgment in this case in the near future.

8         WHEREAS, the parties agree that the Motion for Summary Judgment can be decided

9    without the necessity of discovery, although LN reserves the right to seek discovery in the

10   event the Motion for Summary Judgment does not resolve all claims in the case.

11        WHEREAS, staying discovery until a ruling is entered on the Motion to Dismiss and

12   the anticipated Motion for Summary Judgment will save the parties time and litigation

13   fees/costs in the event that this Court grants either the Motion to Dismiss, or the anticipated

14   Motion for Summary Judgment;

15        NOW WHEREFORE IT IS HEREBY STIPULATED AND AGREED that discovery

16   will be stayed until an order is entered on the Motion to Dismiss, and if that motion is denied,

17   then an Order on the anticipated Motion for Summary Judgment.

18        IT IS FURTHER STIPULATED AND AGREED that submission of a proposed

19   discovery plan pursuant to FRCP 26(f)(3) will be stayed until an order is entered on the

20   pending Motion to Dismiss, and if that motion is denied,  the stay will remain in place

21   until an order is entered on the anticipated Motion for Summary Judgment. The Parties

22   agree that in the event any claims remain after the Court rules on the Motion for

23   Summary Judgment, the Parties, within 14 days after such order, will submit a

24   Discovery Plan and Proposed Scheduling Order.

25   ///

26   ///

27   ///

28   ///

FENNEMORE CRAIG
ATTORNEYS
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

1    ///

2    IT IS SO STIPULATED AND AGREED.

3         DATED:  August 27, 2018.

| **FENNEMORE CRAIG, P.C.** | **SMITH LARSEN & WIXOM** |
|---|---|
| By:   /s/ Leslie Bryan Hart<br>    Leslie Bryan Hart, Esq. (SBN 4932)<br>    John D. Tennert, Esq. (SBN 11728)<br>    300 E. Second St., Suite 1510<br>    Reno, Nevada 89501<br>    Tel: 775-788-2228  Fax: 775-788-2229<br>    lhart@fclaw.com; jtennert@fclaw.com<br>        and<br>**ARNOLD & PORTER KAYE**<br>    **SCHOLER LLP**<br><br>    (Admitted Pro Hac Vice)<br>    Asim Varma, Esq.<br>    Howard N. Cayne, Esq.<br>    Michael A.F. Johnson, Esq.<br>*Attorneys for Plaintiff Federal Housing*<br>*Finance Agency* | By:   /s/    Christopher L. Benner<br>    Kent F. Larsen, Esq. (SBN 3463)<br>    Christopher L. Benner, Esq. (SBN 8963)<br>    Hills Center Business Park<br>    1935 Village Center Circle<br>    Las Vegas, Nevada 89134<br>    Tel: (702) 252-5002<br>    kfl@slwlaw.com; clb@slwlaw.com<br><br>*Counsel for Federal National Mortgage*<br>*Association and JPMorgan Chase Bank, N.A.* |
| **LAW OFFICE OF KERRY P.**<br>**FAUGHNAN**<br><br>By:   /s/    Kerry P. Faughnan<br>    Kerry P. Faughnan, Esq. (SBN 12204)<br>    P.O. Box 335361<br>    North Las Vegas, NV  89033<br>    Tel:  702-301-3096 Fax: 702-331-4222<br>    Kerry.faughnan@gmail.com<br>*Attorney for Defendant LN Management LLC* | |

## ORDER

IT IS SO ORDERED.

George Foley Jr.
_____
UNITED STATES MAGISTRATE JUDGE

DATED:  8-31-2018

14196199

FENNEMORE CRAIG
ATTORNEYS
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

3